order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

ELEANOR M. MARSHALL, an Infant, by THERON G. MARSHALL, Her Guardian ad Litem, Respondent, v. NORMAN M. BROWN and JOSEPH F. LA BONTE, JR., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

GERTRUDE PFEIFER, Respondent, v. 1770 WEST SIXTH STREET CORPORATION and Others, Defendants; SAUL C. LAVINE, Receiver. Appellant.— Order modified by allowing counsel for the receiver the sum of $500 instead of $400 as therein provided, and by changing the sum of $4,166.63, appearing twice in the fourth decretal paragraph of the order, to $4,066.63 in each instance. As so modified, the order is affirmed, with ten dollars costs and disbursements to respondent. Without special direction in the order appointing him, a receiver of rents is not authorized to charge as an expense the services of an agent who collects the rents for him. Such special direction should be made only when circumstances require it. Here, although the order provides for the hiring and employing of such persons as may be necessary, even if it were deemed the special direction above mentioned, the facts show that the employment of an agent to collect the rents was not necessary. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ABRAMOSKI, Appellant.— Judgment of conviction of the County Court of Nassau county reversed upon the law and the facts, indictment dismissed and defendant discharged upon the ground that the proof did not establish the commission of the crime of riot as section 2090 of the Penal Law has been interpreted. (*Adamson v. City of New York*, 188 N. Y. 255, 258.) In view of this decision the appeal from the order denying defendant's motion for a new trial is dismissed. Lazansky, P. J., Young, Kapper and Carswell, JJ., concur; Davis, J., dissents and votes for affirmance.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES CAMPISI, Appellant.— Judgment of conviction of the County Court of Rockland county modified so as to provide that the sentences imposed upon appellant run concurrently and not consecutively. As so modified, the judgment and the order denying motion to set aside the verdict are unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN H. COSTELLO, Appellant.— Judgment of conviction of the County Court of Nassau county reversed upon the law and the facts, indictment dismissed and defendant discharged upon the ground stated in *People v. Abramoski* (*ante*, p. 777), decided herewith. Appeal from order denying defendant's motion for a new trial dismissed. Lazansky, P. J., Young, Kapper and Carswell, JJ., concur; Davis, J., dissents and votes for affirmance.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN FARRELL, Appellant.— Judgment of conviction by a city magistrate sitting as a Court of Special Sessions unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD C. POWELL, Appellant.— Judgment of conviction of the County Court of Nassau county reversed upon the law and the facts, indictment dismissed and defendant dis-